```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                              Case No. 15-00458-MDF
Safronia L Perry                                                    Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: PRadginsk          Page 1 of 1          Date Rcvd: Aug 01, 2016
                              Form ID: ntcltrdb        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2016.
4816826         +Cumberland County Tax Claim Bureau,   One Courthouse Square,   Carlisle, PA 17013-3339

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2016                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2016 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor    EverBank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    Ditech Financial LLC f/k/a Green Tree Servicing LLC
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    Green Tree Servicing LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Michael S Travis    on behalf of Debtor Safronia L Perry Mtravislaw@comcast.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

ntcltrdb 05/13

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | | |
|---|---|---|
| Safronia L Perry<br>Debtor(s) | Chapter<br>Case No. | 13<br>1:15−bk−00458−MDF |

## Notice

NOTICE is hereby given that:

Pursuant to F.R.B.P. 3004, an amended proof of claim (#8) has been filed by the Debtor on behalf of Cumberland County Tax Claim Burea in the amount of $183.00.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>PO Box 908<br>Harrisburg, PA 17108<br>(717) 901−2800 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: PRadginsk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: August 1, 2016 |