| | |
|---|---|
| IN RE: | : UNITED STATES BANKRUPTCY COURT |
| Safronia Perry | : FOR THE MIDDLE DISTRICT OF |
| | : PENNSYLVANIA |
|     Debtor | : |
| | : CHAPTER 13 (converting to chapter 7) |
| | : |
| | : NO. 1-15-00458 HWV |
| | : |

**Debtor's Notice to Convert from Chapter 13 to Chapter 7**

The Debtor, pursuant to 11 U.S.C. Section 1307 (a), hereby elects to convert the above captioned chapter 13 case to a case under chapter 7 of the Bankruptcy Code. The Debtor is entitled to convert because:

1. This case, filed on Feb. 6, 2015, is a case under chapter 13 of the Bankruptcy Code.

2. The Debtor is entitled to be a debtor under chapter 7 of the Bankruptcy Code.

WHEREFORE, the Debtor prays for relief under chapter 7 of the Bankruptcy Code.

/s/ Michael S. Travis

Date: 10/17/18

Michael S. Travis
3904 Trindle Road
Camp Hill, PA 17011
717-731-9502
*mtravislaw@comcast.net*

Attorney for Debtor

| | |
|---|---|
| IN RE:<br>Safronia Perry<br><br>          Debtor | : UNITED STATES BANKRUPTCY COURT<br>: FOR THE MIDDLE DISTRICT OF<br>: PENNSYLVANIA<br>:<br>: CHAPTER 13 (converting to chapter 7)<br>:<br>: NO. 1-15-00458 HWV<br>: |

CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the foregoing document was served on the below persons by first class U.S. Mail, postage prepaid:

Charles J. DeHart, III, Esquire, Trustee
(electronically served)

United States Trustee
(electronically served)

Safronia Perry
(electronically served)

                                                /s/ Michael S. Travis
                                                _____
                                                Michael S. Travis
                                                3904 Trindle Road
                                                Camp Hill, PA 17011

                                                Attorney for Debtor

10/17/18