**Hope Station**
**Payroll Detail**
**Calendar 2018**
Safronia Latrelle Perry
230 N Pitt Street

S-2 | 6.20% | 1.45% | 3.07% | 1.60% | $52/yr | 0.06%

| Pay Date | Gross Pay | Health Insurance | FICA Base State/Local Taxable | 403B | Federal Taxable | FWT | Social Security | Medicare | State | Local | LST | SUI | Misc Deduction | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| January 12, 2018 | 1,615.38 | - | 1,615.38 | - | 1,615.38 | 164.00 | 100.15 | 23.42 | 49.59 | 25.85 | 2.00 | 1.13 | - | 1,249.24 |
| January 26, 2018 | 1,615.38 | - | 1,615.38 | - | 1,615.38 | 164.00 | 100.15 | 23.42 | 49.59 | 25.85 | 2.00 | 1.13 | - | 1,249.24 |
| February 9, 2018 | 1,615.38 | - | 1,615.38 | - | 1,615.38 | 131.16 | 100.15 | 23.42 | 49.59 | 25.85 | 2.00 | 1.13 | - | 1,282.08 |
| February 23, 2018 | 1,615.38 | - | 1,615.38 | - | 1,615.38 | 131.16 | 100.15 | 23.42 | 49.59 | 25.85 | 2.00 | 1.13 | - | 1,282.08 |
| March 9, 2018 | 1,615.38 | - | 1,615.38 | - | 1,615.38 | 131.16 | 100.15 | 23.42 | 49.59 | 25.85 | 2.00 | 0.33 | - | 1,282.88 |
| March 23, 2018 | 1,615.38 | - | 1,615.38 | - | 1,615.38 | 131.16 | 100.15 | 23.42 | 49.59 | 25.85 | 2.00 | 0.97 | - | 1,282.24 |
| Total for Quarter | 9,692.28 | - | 9,692.28 | - | 9,692.28 | 852.64 | 600.90 | 140.52 | 297.54 | 155.10 | 12.00 | 5.82 | - | 7,627.76 |
| April 6, 2018 | 1,615.38 | - | 1,615.38 | - | 1,615.38 | 131.16 | 100.15 | 23.42 | 49.59 | 25.85 | 2.00 | 0.97 | - | 1,282.24 |
| April 20, 2018 | 1,615.38 | - | 1,615.38 | - | 1,615.38 | 131.16 | 100.15 | 23.42 | 49.59 | 25.85 | 2.00 | 0.97 | - | 1,282.24 |
| May 4, 2018 | 1,615.38 | - | 1,615.38 | - | 1,615.38 | 131.16 | 100.15 | 23.42 | 49.59 | 25.85 | 2.00 | 0.97 | - | 1,282.24 |
| May 18, 2018 | 1,615.38 | - | 1,615.38 | - | 1,615.38 | 131.16 | 100.15 | 23.42 | 49.59 | 25.85 | 2.00 | 0.97 | - | 1,282.24 |
| June 1, 2018 | 1,615.38 | - | 1,615.38 | - | 1,615.38 | 131.16 | 100.15 | 23.42 | 49.59 | 25.85 | 2.00 | 0.97 | - | 1,282.24 |
| June 15, 2018 | 1,615.38 | - | 1,615.38 | - | 1,615.38 | 131.16 | 100.15 | 23.42 | 49.59 | 25.85 | 2.00 | 0.97 | - | 1,282.24 |
| June 29, 2018 | 1,615.38 | - | 1,615.38 | - | 1,615.38 | 131.16 | 100.15 | 23.42 | 49.59 | 25.85 | 2.00 | 0.97 | - | 1,282.24 |
| Total for Quarter | 11,307.66 | - | 11,307.66 | - | 11,307.66 | 918.12 | 701.05 | 163.94 | 347.13 | 180.95 | 14.00 | 6.79 | - | |
| July 13, 2018 | 1,615.38 | - | 1,615.38 | - | 1,615.38 | 131.16 | 100.15 | 23.42 | 49.59 | 25.85 | 2.00 | 0.97 | - | |
| July 27, 2018 | 1,615.38 | - | 1,615.38 | - | 1,615.38 | 131.16 | 100.15 | 23.42 | 49.59 | 25.85 | 2.00 | 0.97 | - | |
| August 10, 2018 | 1,615.38 | - | 1,615.38 | - | 1,615.38 | 131.16 | 100.15 | 23.42 | 49.59 | 25.85 | 2.00 | 0.97 | - | |
| August 24, 2018 | 1,615.38 | - | 1,615.38 | - | 1,615.38 | 131.16 | 100.15 | 23.42 | 49.59 | 25.85 | 2.00 | 0.97 | - | |
| September 7, 2018 | 1,615.38 | - | 1,615.38 | - | 1,615.38 | 131.16 | 100.15 | 23.42 | 49.59 | 25.85 | 2.00 | 0.97 | - | |
| September 21, 2018 | 1,615.38 | - | 1,615.38 | - | 1,615.38 | 131.16 | 100.15 | 23.42 | 49.59 | 25.85 | 2.00 | 0.97 | - | |
| Total for Quarter | 9,692.28 | - | 9,692.28 | - | 9,692.28 | 786.96 | 600.90 | 140.52 | 297.54 | 155.10 | 12.00 | 5.82 | - | |
| October 5, 2018 | 1,615.38 | - | 1,615.38 | - | 1,615.38 | 131.16 | 100.15 | 23.42 | 49.59 | 25.85 | 2.00 | 0.97 | - | |
| October 19, 2018 | 1,615.38 | - | 1,615.38 | - | 1,615.38 | 131.16 | 100.15 | 23.42 | 49.59 | 25.85 | 2.00 | 0.97 | - | |
| November 2, 2018 | | | | | | | | | | | | | | |
| November 16, 2018 | | | | | | | | | | | | | | |
| November 30, 2018 | | | | | | | | | | | | | | |
| December 14, 2018 | | | | | | | | | | | | | | |
| December 28, 2018 | | | | | | | | | | | | | | |
| Total for Quarter | 3,230.76 | - | 3,230.76 | - | 3,230.76 | 262.32 | 200.30 | 46.84 | 99.18 | 51.70 | 4.00 | 1.94 | - | 2,564.48 |

Handwritten notes:
MAR – 3rd
20,999.94 / 6 = 3500
4331/6 = 722
2778