IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: )
Safronia Perry )
) CHAPTER 7
) No. 1-15-00458 HWV
      Debtor )

## DEBTOR'S AMENDED SCHEDULE J

The Debtor(s) in the above-captioned case hereby amend schedule J(updating expenses at the time of conversion to chapter 7) by substituting the attached schedule for the schedule originally filed, pursuant to Fed. R. Bankr. P. 1009.

Dated: 10-31-18

By: /s/ Michael S. Travis
Michael S. Travis
ID No. 77399
3904 Trindle Road
Camp Hill, PA 17011
(717) 731-9502
mtravislaw@comcast.net
Attorney for Debtor

Debtor 1: Safronia L. Perry
 First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing): _____
 First Name / Middle Name / Last Name

United States Bankruptcy Court for the: MIDDLE DIST. OF PENNSYLVANIA

Case number (if known): 15-00458 HWV

Check if this is:
- ☒ An amended filing
- ☐ A supplement showing postpetition chapter 13 expenses as of the following date:
 _____ MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. Is this a joint case?
   - ☒ No. Go to line 2.
   - ☐ Yes. Does Debtor 2 live in a separate household?
     - ☐ No
     - ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2. Do you have dependents?
   - ☒ No
   - ☐ Yes. Fill out this information for each dependent.....

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | _____ | _____ | ☐ No / ☐ Yes |
   | _____ | _____ | ☐ No / ☐ Yes |
   | _____ | _____ | ☐ No / ☐ Yes |
   | _____ | _____ | ☐ No / ☐ Yes |
   | _____ | _____ | ☐ No / ☐ Yes |

3. Do your expenses include expenses of people other than yourself and your dependents?
   - ☒ No
   - ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. — 4. $535.00

   If not included in line 4:

   4a. Real estate taxes — 4a. _____

   4b. Property, homeowner's, or renter's insurance — 4b. _____

   4c. Home maintenance, repair, and upkeep expenses — 4c. $140.00

   4d. Homeowner's association or condominium dues — 4d. _____

| | | |
|---|---|---|
| Debtor 1 | Safronia L. Perry | Case number (if known) 15-00458 HWV |

Your expenses

5. **Additional mortgage payments for your residence,** such as home equity loans  5. _____

6. **Utilities:**
   - 6a. Electricity, heat, natural gas  6a. $340.00
   - 6b. Water, sewer, garbage collection  6b. $100.00
   - 6c. Telephone, cell phone, Internet, satellite, and cable services  6c. $65.00
   - 6d. Other. Specify: _____  6d. _____

7. **Food and housekeeping supplies**  7. $400.00

8. **Childcare and children's education costs**  8. _____

9. **Clothing, laundry, and dry cleaning**  9. $200.00

10. **Personal care products and services**  10. _____

11. **Medical and dental expenses**  11. _____

12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments.  12. $83.00

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**  13. _____

14. **Charitable contributions and religious donations**  14. _____

15. **Insurance.**
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    - 15a. Life insurance  15a. $57.00
    - 15b. Health insurance  15b. _____
    - 15c. Vehicle insurance  15c. $419.00
    - 15d. Other insurance. Specify: _____  15d. _____

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: _____  16. _____

17. **Installment or lease payments:**
    - 17a. Car payments for Vehicle 1  17a. $246.00
    - 17b. Car payments for Vehicle 2  17b. _____
    - 17c. Other. Specify: _____  17c. _____
    - 17d. Other. Specify: _____  17d. _____

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).**  18. _____

19. **Other payments you make to support others who do not live with you.**
    Specify: _____  19. _____

20. **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**
    - 20a. Mortgages on other property  20a. _____
    - 20b. Real estate taxes  20b. _____
    - 20c. Property, homeowner's, or renter's insurance  20c. _____
    - 20d. Maintenance, repair, and upkeep expenses  20d. _____
    - 20e. Homeowner's association or condominium dues  20e. _____

Official Form 106J     Schedule J: Your Expenses     page 2
Case 1:15-bk-00458-HWV    Doc 46    Filed 10/31/18    Entered 10/31/18 14:00:51    Desc
Main Document     Page 3 of 6

Debtor 1 **Safronia L. Perry**  Case number (if known) **15-00458 HWV**

21. Other. Specify: _____  21. + _____

22. **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.  22a. **$2,585.00**

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2.  22b. _____

    22c. Add line 22a and 22b. The result is your monthly expenses.  22c. **$2,585.00**

23. **Calculate your monthly net income.**

    23a. Copy line 12 (your combined monthly income) from Schedule I.  23a. **$2,878.00**

    23b. Copy your monthly expenses from line 22c above.  23b. − **$2,585.00**

    23c. Subtract your monthly expenses from your monthly income. The result is your monthly net income.  23c. **$293.00**

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☐ No.
    ☑ Yes. Explain here:
    **surrendering house**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: )
Safronia Perry )
) CHAPTER 7
) No. 1-15-00458 HWV
Debtor )

### Debtor(s) Verification

I declare under penalty of perjury that I have read the attached amended schedule(s) and they are true and correct to the best of my knowledge, information and belief.

Date: 10/30/18

_____
Safronia Perry, Debtor

Date:

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: )
Safronia Perry ) CHAPTER 7
) No. 1-15-00458 HWV
Debtor )

Certificate of Service Amended Schedule J

I, Michael S. Travis, attorney for the Debtor(s), hereby certifies that a copy of the foregoing amendment of the Debtor(s) has this day been served upon the trustee in this case and affected creditor(s) and persons listed as follows by first-class mail or the means specified.

Leon P. Haller, Esquire
(electronically served)

United States Trustee
(electronically served)

Safronia Perry
(electronically served)

_____
Michael S. Travis
Attorney for Debtor(s)
3904 Trindle Road
Camp Hill, PA 17011
(717) 731-9509

Date: 10/31/18